NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLOBAL CONSTRUCTION, INC.,**
*Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Appellee.*

---

2010-1272

---

Appeal from the Civilian Board of Contract Appeals in no. 1198, Administrative Judge Jeri Kaylene Somers.

---

## ON MOTION

---

## ORDER

Global Construction, Inc. moves for a 21-day extension of time, until July 27, 2010, to file its opening brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 0 9 2010
—————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Joree G. Brownlow, Esq.
     Domenique Kirchner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 9 2010

JAN HORBALY
CLERK